# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

MARK EDWARD TAYLOR                                                  PLAINTIFF

v.                      CASE NO. 2:22-CV-2052

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                        DEFENDANT

## **ORDER**

       The Court has received proposed findings and recommendations (Doc. 18) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

       **IT IS SO ORDERED** this March 8, 2023.

                                         /s/ P. K. Holmes III
                                         P. K. HOLMES III
                                         U.S. DISTRICT JUDGE